UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Parents Leading for Educational Equity (PLEE); A.A. by next friend Rachel Cohn; Rachel Cohn; R.G., by next friend Dell Johnny; Dell Johnny; L.C., by next friend Lorena Rodriguez; and Lorena Rodriguez, each individually and on behalf of all persons similarly situated;<br><br>v.<br><br>Providence Public School Department; the Providence School Board; the Rhode Island Department of Education; and Angélica Infante-Green, Commissioner of Education; | Case No. 1:23-cv-00301-MSM-PAS |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The individual Plaintiffs, being AA., Rachel Cohn, R.G., Dell Johnny, L.C., and Lorena Rodriguez, by their undersigned counsel, hereby move this matter proceed as a class action pursuant to Fed. R. Civ. P. 23(b)(2).

1. The Individual Plaintiffs bring this action on behalf of themselves and all others similarly situated in a proposed plaintiff class consisting of two subclasses, defined below, under Federal Rule of Civil Procedure 23(a) and (b)(2). The proposed plaintiff class consists of the following subclasses:

   a. Subclass 1: Identified Children denied timely evaluation and determination of eligibility for special education and related services: All children, who are or hereafter will be between the ages of three and five, with disabilities as defined by the IDEA, living or will live in the City of Provience and who have been identified by Providence Public School Department as requiring an initial evaluation for eligibility for

special education services and have not received or will not receive an initial evaluation and determination of eligibility for special education and related services. Plaintiffs A.A. and Rachel Cohn seek to represent this subclass.

b. Subclass 2: Children with IEPs denied IEP Services: All children, who are or hereafter will be between the ages of three and five, with disabilities, as defined by the IDEA, living or will live in the City of Providence, who have been determined eligible for preschool programs under Part B of the IDEA and have been provided an IEP, but have been denied or delayed in the provision of the preschool programs and services identified in their IEPs on the claimed basis of unavailable resources or staffing. Plaintiffs R.G., and L.C. and their parents Dell Johnny and Lorena Rodriguez seek to represent this subclass.

2. The class claims are:

a. Defendants Rhode Island Department of Education (RIDE) Infante-Green, and Providence School District and School Board have violated their Child Find obligations under the IDEA by failing to timely evaluate, and determine eligibility for children with disabilities ages 3-5, including the Plaintiffs;

b. Defendants RIDE, Infante-Green, and Providence School District and School Board have violated their statutory obligations to provide a free appropriate public education (FAPE) to students ages 3-5, including the Plaintiffs, by failing to provide the services and supports identified in their IEPs;

c. Defendant RIDE has failed to supervise the District or use federal funds to provide direct services itself so that children ages 3-5, including Plaintiffs, can receive FAPE, and has thereby violated its obligations under the IDEA;

d. All Defendants have violated Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, by failing to ensure that Plaintiffs receive educational services that will present equal opportunity to benefit from education;

e. All Defendants have violated Title II of the ADA, 42 U.S. C. § 12131, et seq., by failing to provide Plaintiffs with the special education and related services they require in order to access the same educational opportunities as their peers without disabilities;

Plaintiffs further request that they be designated as class representative and that their undersigned counsel be designated as class counsel for the proposed class.

**Request for Hearing Pursuant to LR Cv 7(c).** Plaintiffs respectfully request that the motion be scheduled for hearing. Plaintiffs anticipate argument of fifteen minutes for each party, and, if an evidentiary dispute is raised, evidentiary hearing of two hours.

By their attorneys,

/s/ Ellen Saideman
Ellen Saideman, Esq. (Bar No. 6532)
Law Office of Ellen Saideman
7 Henry Drive
Barrington, RI 02806
Telephone: 401.258.7276
Facsimile: 401.709.0213
esaideman@yahoo.com

Cooperating counsel
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF RHODE ISLAND

/s/ Lynette Labinger
Lynette Labinger, Esq., (Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
Telephone: 401.465.9565
LL@labingerlaw.com

Cooperating counsel
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF RHODE ISLAND

/s/ Jennifer L. Wood
Jennifer L. Wood, Esq. (Bar No. 3582)
The R.I. Center for Justice
1 Empire Plaza, Ste. 410
Providence, RI 02903
(401) 837 6431
jwood@centerforjustice.org

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within document via the ECF system on this day of July 18 2023 and that it is available for viewing and downloading to all counsel of record and that I provided the within document by email to:

Anthony Cottone at Anthony.Cottone@ride.edu
Mary Ann Carroll at macarroll@hclaw.ri.com.

/s/ Lynette Labinger
Lynette Labinger, Esq.