UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Parents Leading for Educational Equity (PLEE); et al.<br><br>PLAINTIFFS,<br>v.<br><br>Providence Public School Department; et al.<br><br>DEFENDANTS. | C.A. 23-cv-00301-MSM-PAS |

**CONSENT ORDER**

This matter came before the Court, Hon. Mary S. McElroy, D.J. in chambers on August 3, 2023, to discuss outstanding motions and status, and, by agreement of the parties, it is hereby

**ORDERED:**

1. By agreement, this matter is hereby submitted to mediation of the issues presented by Plaintiffs and the putative class before Judge McElroy.

2. Defendants agree that they will not contend that the case has hereinafter become moot as to the individual Plaintiffs or the putative class solely as the result of actions taken by Defendants with respect to the named Plaintiffs after the date of this Order and before any determination of Plaintiffs' Motion for Class Certification, ECF 6, without prejudice to Defendants' argument that the case has already been rendered moot as of August 3, 2023.

3. The determination of Plaintiffs' Motion Class Certification, ECF 6, is deferred and the time for Plaintiffs to file a reply to Defendants' Objection thereto, ECF 26, is held in abeyance and new dates for responses shall be set if mediation shall be unsuccessful.

4. The determination of Plaintiffs' Motion for TRO and Preliminary Injunction, ECF 12, is deferred and the time for Defendants to file their response is held in abeyance and new dates for response shall be set if mediation shall be unsuccessful.

5. The parties agree to the exchange of information for all members of the putative class and that all such information shall be subject to the within protective order limiting access to personally identifiable information concerning members of the putative class to counsel for Plaintiffs and their consultants, if any, who shall first be identified to Defendants before disclosure.

6. The parties shall meet in a party-only mediation session on August 9, 2023 at 10:00 am and with the Court on August 16, 2023 at 9:00 am. The parties are free to schedule interim meetings and conferences as necessary.

ENTERED as the Order of the Court this __4th__ day of August, 2023.

By Order,

_____C. Potter_____
Clerk

ENTER: _Mary S. McElroy_____
U.S. District Judge

AGREED AS TO FORM AND SUBSTANCE:

**Attorneys for Plaintiffs:**

/s/ Ellen Saideman
Ellen Saideman, Esq. (Bar No. 6532)
Law Office of Ellen Saideman
7 Henry Drive
Barrington, RI  02806
401.258.7276
fax 401.709.0213
esaideman@yahoo.com
Cooperating counsel, ACLU Foundation of RI

/s/Lynette Labinger
Lynette Labinger, Esq. (Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI  02903
401.465.9565
LL@labingerlaw.com
Cooperating counsel, ACLU Foundation of RI


/s/ Jennifer L. Wood
Jennifer L. Wood (Bar No. 3582)
The R.I. Center for Justice
1 Empire Plaza, Ste. 410
Providence, RI 02903
401.837.6431
jwood@centerforjustice.org


**Attorney for Defendants  Rhode Island Department of Education; and Angélica Infante-Green, in her official capacity as Commissioner of Education:**


/s/ Anthony Cottone
Anthony Cottone (Bar No. 3922)
Chief Legal Counsel
Kaelyn R. Phelps Prigge (Bar No. 10171)
RI Department of Education
255 Westminster Street
Providence, RI 02903
401.222.4600
Anthony.Cottone@ride.ri.gov


**Attorney for Defendants Providence Public School Department and the Providence School Board:**


/s/ Mary Ann Carroll
Mary Ann Carroll (Bar No. 6664)
155 South Main Street, Suite 406
Providence, RI 02903
401.424.5224
macarroll@hcllawri.com