UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Parents Leading for Educational Equity (PLEE); et al.<br>    PLAINTIFFS,<br>  v.<br><br>Providence Public School Department; et al.<br>    DEFENDANTS. | C.A. 23-cv-00301-MSM-PAS |

**ORDER**

Before the Court is the Joint Motion of the Parties for Preliminary Approval of a Proposed Settlement and Class Certification for Settlement Purposes. For good cause shown, the motion is granted. The Parties have supported the Motion with the terms of a Settlement Agreement attached as Exhibit A to the Joint Motion. The Court also has considered the Plaintiffs' Motion for Class Certification, ECF 6, as supplemented by ECF 23, as to which Defendants assent for settlement purposes only.

1. **Provisional certification of the Rule 23 Class**. For the purposes of settlement only, the Court finds that the proposed Rule 23 subclasses, as defined in the Settlement Agreement meet the requirements of Rule 23(b) and Rule 23(b)(2) of the Federal Rules of Civil Procedure. The Court finds that the subclasses are well defined and their members are identifiable on objective standards, numbering over 100 identifiable members in each subclass. The Court finds that the proposed class representatives will fairly and adequately protect the interests of the class members and that each subclass shares common questions of fact and law and that the claims of the proposed

1

class representatives are typical of the claims of their respective class. The Court further finds that proposed class counsel satisfy the requirements of Federal Rule 23(g).

2. Accordingly, the Court provisionally certifies the following two classes for settlement purposes only and appoints attorneys Ellen Saideman, Lynette Labinger and Jennifer Wood as class counsel for both subclasses:

> **The Evaluation Subclass (Subclass 1):** Identified children denied timely evaluation and determination of eligibility for special education and related services: All children, who on or after July 17, 2023, are or hereafter will be between the ages of three and five, with disabilities as defined by the IDEA, living or will live in the City of Providence and who have been identified by PPSD as requiring an initial evaluation for eligibility for special education services and have not received or will not receive an initial evaluation and determination of eligibility for special education and related services.

The following individuals are designated as class representatives of the Evaluation Subclass: A.A. and his parent Rachel Cohn, and J.I. and his parent Karen Imbert.

> **The Services Subclass (Subclass 2):** Children with IEPs denied IEP Services: All children, who on or after July 17, 2023, are or hereafter will be between the ages of three and five, with disabilities, as defined by the IDEA, living or will live in the City of Providence, who have been determined eligible for preschool programs under Part B of the IDEA and have been provided an IEP, but have been denied or delayed in the provision of the preschool programs and services identified in their IEPs on the claimed basis of unavailable resources or staffing.

The following individuals are designated as class representatives of the Services Subclass: R.G. and his mother Dell Johnny, and L.C. and his parent Lorena Rodriguez.

3. **Preliminary Approval of the Settlement.** Upon preliminary review, the Court finds that the proposed settlement set forth in Exhibit A appears to be fair, reasonable and adequate. Accordingly, pursuant to Federal Rule of Civil Procedure 23(e)(1), the Court preliminarily approves the Parties' settlement, as reflected in the Settlement Terms attached as Exhibit A.

4. **Notice to the Class.** The Court hereby approves the proposed Notice of Proposed Settlement of Class Action Lawsuit (attached as Exhibit C to the Joint Motion) and the notice plan

set forth in the Joint Motion, including: (i) mailing the notice to the homes of all class members by regular mail and emailing the notice to those class members for whom the Defendants have an email address, to be translated by Defendants as necessary and provided in the identified language of record of the family; (ii) providing a link to the notice (with all translations) on Defendants' websites; and (iii) providing a link to the notice (with all translations) on the websites of the Rhode Island Center for Justice and the ACLU of Rhode Island, until the Fairness Hearing.

5. The Court hereby sets the following deadlines:

   a. The Parties will complete issuance of Class Notice, attached as Exhibit B to the Joint Motion, to class members via U.S. postal service, first class mail and email and via web postings by September 21, 2023.

   b. Any objections from class members in accordance with the instructions in the Class Notice must be submitted or postmarked on or before October 20, 2023.

   c. The parties shall submit their motion for final approval of the settlement by October 26, 2023.

6. A fairness hearing on entry of final approval of the Parties' settlement (the "Fairness Hearing") shall be held at the United States Courthouse, Providence, Rhode Island on November 2, 2023, at  10:00 am. before the undersigned, permitting appearances via Zoom.

3

By Order

ENTER: /s/ Mary S. McElroy
Mary S. McElroy
District Judge
United States District Court

_Carrie L. Potter,_
Clerk

September  11 , 2023