## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Parents Leading for Educational Equity (PLEE); et al.<br><br>PLAINTIFFS,<br><br>v.<br><br>Providence Public School Department; et al.<br><br>DEFENDANTS. | C.A. 23-cv-00301-MSM-PAS |

## STIPULATED ORDER (FINAL) REGARDING CLASS COUNSEL'S FEES AND EXPENSES

On November 2, 2023, the Court held a Fairness Hearing to approve the parties' proposed Settlement and Class Certification for Settlement Purposes. The Court approved the Settlement and entered Judgment on November 27, 2023. ECF 31. Pursuant to the Settlement, Defendants shall be jointly and severally liable for a reasonable attorneys' fee for Plaintiffs' attorneys. ECF 28-1.

The parties thereafter agreed and the Court entered a Stipulated Order Regarding Class Counsel's Fees and Expenses, ECF 34, setting forth the parties' agreement and the Court's approval for attorneys' fees, costs, and litigation expenses for all work up to the date of submission of the Joint Motion and Stipulation, ECF 33, being March 26, 2024, and further providing for periodic requests for payment for ongoing monitoring and compliance review on an approximately quarterly basis thereafter. The parties thereafter reached agreement on the first interim fees, and the Court entered Stipulated Order #2 Regarding Class Counsel's Fees and Expenses, ECF 38.

The parties thereafter submitted Joint Motion for approval of attorneys' fees, costs and expenses as agreed upon by the parties for the period through June 30, 2025, ECF 41, which was approved by text Order on September 9. 2025. The Motion also reflected the parties' agreement that, in anticipation of ongoing monitoring and compliance review, Plaintiffs would present their next interim request for payment to the Defendants for ongoing monitoring and compliance review on or

**EXHIBIT A**

about November 15, 2025 for the period ending November 1, 2025, and that any dispute concerning the amount requested to be paid shall first be submitted for mediation before Magistrate Judge Sullivan, in an effort to reach resolution without the need for formal motion to the Court..

By text Order entered June 24, 2025, the Court granted Plaintiffs' Assented-to Motion to alter judgment to extend the Court's jurisdiction over the class settlement agreement to November 1, 2025. On October 15, 2025, the report of the Court-appointed Monitor demonstrated that Defendants had achieved substantial compliance with the terms of the settlement as of the latest report, such that the matter is now ready for closure, subject only to determination and payment of attorneys' fees and costs for the final monitoring period.

The parties thereafter engaged in negotiation, resulting in a resolution of the attorneys' fees, costs and expenses to be paid to class counsel for the period July 1, 2025 through November 1, 2025. To avoid litigation regarding class counsel's attorneys' fees and expenses, the parties hereby stipulate that Defendants, jointly and severally, will pay class counsel[1] $4,250.00 in attorneys' fees. These amounts represent attorneys' fees and costs for all services and expenses and all work of any nature performed on behalf of Plaintiffs in connection with this lawsuit, through November 1, 2025. These amounts include sharing attorneys' fees with the American Civil Liberties Union Foundation of Rhode Island. The sharing of the court-approved award with the American Civil Liberties Union Foundation of Rhode Island is consistent with this Court's decision in *Inmates of the RI Training School v. Martinez*, 465 F. Supp. 2d 131 (D.R.I. 2006) and Rhode Island R.P.C. 5.4(a)(4). These amounts represent fair and reasonable attorneys' fees for the litigation undertaken in this complex civil rights class action case.

---

[1] Defendants will pay these attorneys' fees, costs and expenses within 90 days of the date of the Court's Order, made payable as follows: $1,890.00 in fees to Lynette Labinger, $1,200.00 in fees payable to Ellen Saideman, $ 920.00 in fees payable to the Rhode Island Center for Justice. There are no charges sought for litigation costs and expenses in this application.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Defendants shall pay class counsel $4,250.00 in attorneys' fees, within 90 days of the date of this order.

ENTERED as the Order of the Court this __3rd__ day of __November__ 2025.

By order,

C. Potter

ENTER: _____
Hon. Mary S. McElroy, U.S.D.J.

Clerk

## STIPULATION

We, on behalf of our clients, stipulate to the entry of the within order.

Dated:  October 31, 2025

Counsel for Plaintiffs

/s/ Ellen Saideman
Ellen Saideman, Esq. (Bar No. 6532)
7 Henry Drive
Barrington, RI 02806
401.258.7276
fax 401.709.0213
esaideman@yahoo.com

/s/ Lynette Labinger
Lynette Labinger (Bar No. 1645)
128 Dorrance St., Box 710
401.465.9565
Providence, RI 02903
ll@labingerlaw.com

Cooperating counsel, ACLU
Foundation of RI

/s/ Jennifer L. Wood
Jennifer L. Wood (Bar No. 3582)
The R.I. Center for Justice
1 Empire Plaza, Ste. 410
Providence, RI 02903
401.837.6431
jwood@centerforjustice.org

Counsel for Defendants

/s/ Anthony Cottone
Anthony Cottone (Bar No. 3922)
Chief Legal Counsel
Kaelyn R. Phelps Prigge (Bar No. 10171)
RI Department of Education
255 Westminster Street
Providence, RI 02903
401.222.4600
Anthony.Cottone@ride.ri.gov
kaelyn.phelps@ride.ri.gov

/s/ Mary Ann Carroll
Mary Ann Carroll (Bar No. 6664)
155 South Main Street, Suite 406
Providence, RI 02903
401.424.5224
macarroll@hcllawri.com